**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7711**

———————

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 versus

JOHN CORDERO,

 Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Chief District Judge. (CR-96-358)

———————

Submitted: May 8, 2001               Decided: May 30, 2001

———————

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Cordero, Appellant Pro Se. Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Cordero appeals the district court's order denying as frivolous his motion to dismiss the superseding information, to which he pled guilty and which charged a violation of the Hobbs Act, 18 U.S.C. § 1951 (1994). We have reviewed the record, the district court's order, and the arguments raised in Cordero's informal brief filed in this court and find that the superseding information was sufficient. <u>United States v. Williams</u>, 152 F.3d 294, 298 (4th Cir. 1998) (providing standard). Accordingly, we affirm. We deny his motion to compel the government to file a brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2